BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

ROBERT A. CASERO, Jr. et al.　　　　　　*

　　Plaintiffs

v.　　　　　　　　　　　　　　　　　　*　　Case No.:　　1:17-cv-2205 GLR

JOHN S. McNULTY. et al.

　　Defendant　　　　　　　　　　　　*


　　　　　　　　*　　　　　　　　*　　　　　　*

## LINE

There is NOT unanimous consent to conduct all further proceedings in the captioned matter before a Magistrate Judge. Plaintiffs will file a separate Line requesting the Restatement of Open Motions and list the open motions which they desire reinstated.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　MCIHAEL J. MORAN, Esquire No. 01363
　　　　　　　　　　　　　　　　　The Law Offices of Michael J. Moran, P.C.
　　　　　　　　　　　　　　　　　3407 Eastern Boulevard-Suite A
　　　　　　　　　　　　　　　　　Middle River, MD 21220
　　　　　　　　　　　　　　　　　410.687.8494

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10 April 2019 I caused a copy of the foregoing to be served electronically and by first class mail, postage prepaid to:

F.J. Collins, Esquire
Kahn, Smith & Collins
2-1 N. Charles Street
Baltimore, MD 21201

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　MCIHAEL J. MORAN, Esquire No. 01363